UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| AZRIEL C. FELLNER, in his capacity as the Personal Representative of the Estate of Tamar Etana Fellner, Deceased<br>           Plaintiff<br><br>-vs-<br><br>PHILADELPHIA TOBOGGAN COASTERS, INC., a Pennsylvania Corporation, and<br>KOCH DEVELOPMENT CORPORATION, an Indiana Corporation<br>           Defendants | Civil Action No. 3:05-cv-00218-SEB-WGH |

**STIPULATION OF DISMISSAL**

Comes now the Plaintiff, Azriel C. Fellner, in his capacity as the Personal Representative of the Estate of Tamar Etana Fellner, Deceased, by counsel, and comes now the Defendant, Philadelphia Toboggan Coasters, Inc., by counsel, and comes now the Defendant, Koch Development Corporation, by counsel, and advise the Court that the parties have executed a Confidential Settlement Agreement and General Release. Therefore, the parties have agreed to stipulate to the dismissal with prejudice of the within cause, each party bearing its own costs and attorney fees.

NOW, THEREFORE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties, by and through their respective attorneys, do now hereby stipulate that the within cause be, and is hereby, in all respects dismissed with prejudice and that each party shall bear its and/or their own costs and attorney fees herein.

1

Respectfully submitted,

/s/  Keith W. Vonderahe
Patrick A. Shoulders
Keith W. Vonderahe
Allyson R. Breeden

Attorneys for Plaintiff, Azriel C. Fellner, in his capacity as the Personal Representative of the Estate of Tamar Etana Fellner, Deceased

/s/  Heather M. Eichenbaum
Heather M. Eichenbaum
Spector Gadon & Rosen PC

Attorneys for Defendant, Koch Development Corporation

/s/  Stephen J. Tasch
Stephen J. Tasch
Sheehan & Lower PC

Attorneys for Defendant, Philadelphia Toboggan Coasters, Inc.

H:\LITIG\Fellner\stipulation of dismissal.doc