UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| AZRIEL C. FELLNER, in his capacity as the Personal Representative of the Estate of Tamar Etana Fellner, Deceased<br>　　　　　　Plaintiff<br><br>　　　　-vs-<br><br>PHILADELPHIA TOBOGGAN COASTERS, INC., a Pennsylvania Corporation, and<br>KOCH DEVELOPMENT CORPORATION, an Indiana Corporation<br>　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)　Civil Action No.  3:05-cv-00218-SEB-WGH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DISMISSAL ENTRY**

The parties herein having filed their Stipulation of Dismissal, and the Court having examined the same and having found the same to be in compliance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, and the Court being duly advised,

IT IS NOW ORDERED that the within cause be, and it is hereby, dismissed with prejudice and that all parties should bear its own costs and attorneys fees herein.

DATED

H:\LITIG\Fellner\dismissal entry.doc